IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUDREY MELENA, | ) | 8:10CV290 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| GENOVIVE NANFITO, DAWN COFFEY, JACIE VICTOR, JOHN, EDNA, JOHN DOE, Omaha Police Officers, and JOHN DOE, Guardian Ad-Litem, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On September 20, 2010, the court ordered Plaintiff to apprise the court of her current address. (Filing No. 7.) In its Memorandum and Order, the court cautioned Plaintiff that failure to update her address by October 20, 2010, would result in dismissal without further notice. (*Id.*)

Plaintiff has not responded to this court's previous Memorandum and Order and has not updated her address with the court. This case is therefore dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to respond to the court's September 20, 2010, Memorandum and Order requiring that she provide the court with a current address. This action is therefore dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 9th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.